UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
OPELOUSAS/LAFAYETTE DIVISION

IN RE: PRIMEAUX, TOBY LEE          CASE NO.: 10-50989

Debtor                              CHAPTER 11

*******************************************************************************

## MOTION TO PAY ADEQUATE PROTECTION

NOW INTO COURT, through undersigned counsel, comes the Debtor, **TOBY LEE PRIMEAUX** who submits to the Court the following:

1.

The debtor filed a voluntary Chapter 11 Petition in the Western District of Louisiana on the 25th day of June, 2010.

2.

This court is the court of proper jurisdiction and venue.

3.

This is a core proceeding.

4.

The debtor is an individual.

5.

The debtor owns a home located 7401 W. Congress Street in Duson, Lafayette Parish, Louisiana.

6.

Abbeville Building and Loan Association has a mortgage on the home.

7.

The monthly principal and interest payments are $2,300.00.

8.

The debtor seeks court authority to pay adequate protection to Abbeville Building & Loan in the amount of $2,300.00 per month.

9.

The debtor is employed by a corporation that he owns, Unlimited Supplies. The debtor is on salary of $11,483.00 per month and has the capacity to pay the home mortgage.

WHEREFORE, debtor, **TOBY LEE PRIMEAUX**, prays that this motion be filed, that a hearing be had, that the debtor be allowed to pay adequate protection to Abbeville Building & Loan.

By: /s/ William C. Vidrine
    WILLIAM C. VIDRINE (21398)
    711 W. Pinhook Rd.
    Lafayette, La. 70503
    (337)-233-5195

### CERTIFICATE OF SERVICE

I do hereby certify that I have on this  2nd  day of July , 2010, served a copy of the foregoing Motion to Pay Adequate Protection on the U.S. Trustee (via e-mail), Toby Lee Primeaux, 7401 West Congress Street, Duson, LA 70529 and all creditors, by depositing same into the United States mail properly addressed, and first class postage prepaid, and/or by electronic means.

                                                /s/ William C. Vidrine
                                                WILLIAM C. VIDRINE