# PROCEEDING MEMO AND MINUTES OF §341 MEETING
August 3, 2010, Lafayette, Louisiana

IN RE:
    TOBY LEE PRIMEAUX                    Case No. 10-50989
    Debtor                                      Chapter 11

1. Attorney for debtor(s) (✓) has ( ) has not filed fee disclosure statement pursuant to 11U.S.C. §329 and Rule 2016, Federal Rules of Bankruptcy Procedure

2. A Chapter 11 Creditors Committee or Equity Security Holders' Committee ( ) will be or ( ) has been (✓) has not been appointed pursuant to 11 U.S.C. §1102 because:
    ( ) there are less than three unsecured creditors with substantial claims, or
    (✓) a sufficient number of eligible creditors have not expressed an interest in serving.

3. Appearances:
    (✓) Debtor(s): Toby Lee Primeaux

    ( ) Debtor's representative: _____

    (✓) Attorney for Debtor: William C. Vidrine

    ( ) Creditors: (see attached appearance sheet)

4. Debtor(s) examined under oath or affirmation by:
    ( ) Attorney for Debtor(s)      (✓) UST Designee      (✓) Creditors    ( ) Others (see #8 below)

5. Debtor(s) required to: 1) File supplemental schedule pursuant to local bankruptcy rule 2014-1; 2) File Periodic Report Concerning Related Entities pursuant to order to DIP and bankruptcy rule 2015.3; and 3) Close non-DIP bank account and consolidate funds in DIP account or open new DIP account and provide documentation to UST of any new account - all within 10 days.

6. Fifth amendment ( ) was (✓) was not invoked.

7. Meeting adjourned? (✓) yes ( ) no. If "no," meeting is continued to the ____ day of _____, 20__ at _____ o'clock __. m.

8. Additional notes and comments:
_____
_____
_____

(Proceeding recorded)
Tape #____, Side____          /s/ Leonard W. Copeland
Counter #_____            Presiding Officer, U.S. Trustee

## APPEARANCE FORM - §341 MEETING OF CREDITORS

**CASE NAME:** Toby Lee Primeaux  **CASE NUMBER:** 10-50989

**DATE:** August 3, 2010  **LOCATION:** LAFAYETTE

(PLEASE PRINT)

| NAME | ADDRESS | TELEPHONE NO. | REPRESENTING |
|---|---|---|---|
| Matt McConnell | 701 St. John, Ste 401, Laf. LA 70501 | 233.2417 | Cindy Paschall Durel |
| Cole Griffin | " | " | " |
| Chales Rush | 202 Magnat Dr | 235-2425 | Ronnie Cockerh |