B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

Western District of Louisiana

In re  Toby Lee Primeaux  ,  Case No. 10-50989
*Debtor*

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: September, 2010   Date filed: 10/26/2010

Line of Business: _____   NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

*[signature]*

Original Signature of Responsible Party

*Toby Primeaux*

Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

| | | Yes | No |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☑ | ☐ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? ☐ ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME  $ 12,183.35

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month  $ 0.00
Cash on Hand at End of Month  $ 0.00
PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   TOTAL  $ 30,708.82

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES  $ 34,369.55

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*  $ 12,183.35
EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*  $ 34,369.55
*(Subtract Line C from Line B)*  **CASH PROFIT FOR THE MONTH**  $ -22,186.20

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES $ _____

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES $ _____

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 0 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 0 |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

| | |
|---|---|
| PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ 0.00 |
| TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ 0.00 |

*NON-BANKRUPTCY RELATED:*

| | |
|---|---|
| PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ 0.00 |
| TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ 0.00 |

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ | $ | $ |
| EXPENSES | $ | $ | $ |
| CASH PROFIT | $ | $ | $ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: $

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: $

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: $

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

# Toby & Kelly Primeaux
## Expense Detail
September 2010

| Num | Type | Date | Name | Account | Paid Amount |
|---|---|---|---|---|---|
| | Check | 09/01/2010 | Winferno Software | Regions Lifegreen Checking | |
| | | | | Computer Support | -39.90 |
| | Check | 09/01/2010 | Baskin Robins | Regions Lifegreen Checking | |
| | | | | Meals | -19.43 |
| | Check | 09/02/2010 | Chevron | Regions Lifegreen Checking | |
| | | | | Auto Expenses | -25.19 |
| | Check | 09/02/2010 | Rosser's | Regions Lifegreen Checking | |
| | | | | Prescriptions | -32.00 |
| | Check | 09/02/2010 | Chevron | Regions Lifegreen Checking | |
| | | | | Auto Expenses | -19.83 |
| | Check | 09/02/2010 | Directv | Regions Lifegreen Checking | |
| | | | | Utilities | -217.41 |
| | Check | 09/02/2010 | Dillards | Regions Lifegreen Checking | |
| | | | | Clothing | -142.56 |
| | Check | 09/02/2010 | Champagne's | Regions Lifegreen Checking | |
| | | | | Groceries | -17.92 |
| | Check | 09/07/2010 | Regions Bank | Regions Lifegreen Checking | |
| | | | | Bank Fees | -2.00 |
| | Check | 09/07/2010 | Iberia Bank | Regions Lifegreen Checking | |
| | | | | Incidental Cash Expenses | -123.00 |
| | Check | 09/08/2010 | Abbeville Building & Loan | Regions Lifegreen Checking | |

# Toby & Kelly Primeaux
## Expense Detail
### September 2010

| Num | Type | Date | Name | Account | Paid Amount |
|---|---|---|---|---|---|
| | | | | Mortgage Payment | -2,363.10 |
| | Check | 09/09/2010 | Wal Mart | Regions Lifegreen Checking | |
| | | | | Groceries | -348.72 |
| | Check | 09/09/2010 | Acadiana Security Plus | Regions Lifegreen Checking | |
| | | | | Home Security | -39.95 |
| | Check | 09/10/2010 | La Seafood - Houston | Regions Lifegreen Checking | |
| | | | | Meals | -28.05 |
| | Check | 09/13/2010 | Walgreens | Regions Lifegreen Checking | |
| | | | | Prescriptions | -40.00 |
| | Check | 09/13/2010 | CommStop | Regions Lifegreen Checking | |
| | | | | Incidental Cash Expenses | -203.00 |
| | Check | 09/13/2010 | CommStop | Regions Lifegreen Checking | |
| | | | | Incidental Cash Expenses | -203.00 |
| | Check | 09/13/2010 | Pediatric Associates | Regions Lifegreen Checking | |
| | | | | Physicians | -68.00 |
| | Check | 09/13/2010 | Regions Bank | Regions Lifegreen Checking | |
| | | | | Bank Fees | -2.00 |
| | Check | 09/13/2010 | Regions Bank | Regions Lifegreen Checking | |
| | | | | Bank Fees | -2.00 |
| | Check | 09/13/2010 | Raising Canes | Regions Lifegreen Checking | |
| | | | | Meals | -9.71 |

# Toby & Kelly Primeaux
## Expense Detail
September 2010

| Num | Type | Date | Name | Account | Paid Amount |
|---|---|---|---|---|---|
| | Check | 09/13/2010 | Shell | Regions Lifegreen Checking | |
| | | | | Auto Expenses | -4.35 |
| | Check | 09/13/2010 | Bed Bath & Beyond | Regions Lifegreen Checking | |
| | | | | Home Repairs & Supplies | -86.98 |
| TOTAL | | | | | -86.98 |
| | Check | 09/13/2010 | La Seafood - Houston | Regions Lifegreen Checking | |
| | | | | Meals | -15.94 |
| | Check | 09/14/2010 | Regions Bank | Regions Lifegreen Checking | |
| | | | | Incidental Cash Expenses | -100.00 |
| | Check | 09/15/2010 | Unknown | Regions Lifegreen Savings | |
| | | | | Reimbursable Business Expenses | -25,000.00 |
| | Check | 09/15/2010 | Microsoft XBox | Regions Lifegreen Checking | |
| | | | | Computer Support | -19.99 |
| | Check | 09/16/2010 | Office Depot | Regions Lifegreen Checking | |
| | | | | Home Repairs & Supplies | -200.89 |
| | Check | 09/16/2010 | Lafayette General Medical Center | Regions Lifegreen Checking | |
| | | | | Physicians | -200.00 |
| | Check | 09/20/2010 | Dr. Sidney Dupuis | Regions Lifegreen Checking | |
| | | | | Physicians | -100.00 |
| | Check | 09/20/2010 | Walgreens | Regions Lifegreen Checking | |
| | | | | Prescriptions | -48.49 |
| | Check | 09/20/2010 | Blockbuster Video | Regions Lifegreen Checking | |

# Toby & Kelly Primeaux
## Expense Detail
September 2010

| Num | Type | Date | Name | Account | Paid Amount |
|---|---|---|---|---|---|
| | | | | Entertainment | -25.92 |
| | Check | 09/20/2010 | Shell | Regions Lifegreen Checking | |
| | | | | Auto Expenses | -11.20 |
| | Check | 09/21/2010 | Walgreens | Regions Lifegreen Checking | |
| | | | | Prescriptions | -21.00 |
| | Check | 09/21/2010 | Acadiana Security Plus | Regions Lifegreen Checking | |
| | | | | Home Security | -21.95 |
| | Check | 09/21/2010 | Dr. Padgett | Regions Lifegreen Checking | |
| | | | | Physicians | -372.76 |
| | Check | 09/21/2010 | Pediatric Associates | Regions Lifegreen Checking | |
| | | | | Physicians | -162.00 |
| | Check | 09/22/2010 | CommStop | Regions Lifegreen Checking | |
| | | | | Incidental Cash Expenses | -183.00 |
| | Check | 09/22/2010 | Regions Bank | Regions Lifegreen Checking | |
| | | | | Bank Fees | -2.00 |
| | Check | 09/22/2010 | J & J Exterminating | Regions Lifegreen Checking | |
| | | | | Exterminating | -174.00 |
| | Check | 09/23/2010 | Dell Preferred | Regions Lifegreen Checking | |
| | | | | Computer Support | -285.69 |
| | Check | 09/23/2010 | Acadiana Security Plus | Regions Lifegreen Checking | |
| | | | | Home Security | -21.95 |

# Toby & Kelly Primeaux
## Expense Detail
September 2010

| Num | Type | Date | Name | Account | Paid Amount |
|---|---|---|---|---|---|
| | Check | 09/23/2010 | McDonalds | Regions Lifegreen Checking | |
| | | | | Meals | -6.43 |
| | Check | 09/24/2010 | Cindy Durel | Regions Lifegreen Checking | |
| | | | | Child Support | -1,060.00 |
| | Check | 09/24/2010 | Armstrong McCall | Regions Lifegreen Checking | |
| | | | | Salon Business Expenses | -127.44 |
| | Check | 09/27/2010 | CommStop | Regions Lifegreen Checking | |
| | | | | Incidental Cash Expenses | -183.00 |
| | Check | 09/27/2010 | CommStop | Regions Lifegreen Checking | |
| | | | | Incidental Cash Expenses | -183.00 |
| | Check | 09/27/2010 | CommStop | Regions Lifegreen Checking | |
| | | | | Incidental Cash Expenses | -63.00 |
| | Check | 09/27/2010 | Wal Mart | Regions Lifegreen Checking | |
| | | | | Groceries | -222.10 |
| | Check | 09/27/2010 | Regions Bank | Regions Lifegreen Checking | |
| | | | | Bank Fees | -2.00 |
| | Check | 09/27/2010 | Regions Bank | Regions Lifegreen Checking | |
| | | | | Bank Fees | -2.00 |
| | Check | 09/27/2010 | Regions Bank | Regions Lifegreen Checking | |
| | | | | Bank Fees | -2.00 |
| | Check | 09/27/2010 | Salon Indigo | Regions Lifegreen Checking | |
| | | | | Personal Hygene | -95.00 |

| Num | Type | Date | Name | Account | Paid Amount |
|---|---|---|---|---|---|
|  | Check | 09/27/2010 | JV Nails | Regions Lifegreen Checking |  |
|  |  |  |  | Personal Hygene | -50.00 |
|  | Check | 09/27/2010 | Wendy's | Regions Lifegreen Checking |  |
|  |  |  |  | Meals | -12.80 |
|  | Check | 09/28/2010 | SLEMCO | Regions Lifegreen Checking |  |
|  |  |  |  | Utilities | -267.00 |
|  | Check | 09/28/2010 | SLEMCO | Regions Lifegreen Checking |  |
|  |  |  |  | Utilities | -316.00 |
|  | Check | 09/28/2010 | SLEMCO | Regions Lifegreen Checking |  |
|  |  |  |  | Utilities | -28.00 |
|  | Check | 09/29/2010 | Chase | Regions Lifegreen Checking |  |
|  |  |  |  | Incidental Cash Expenses | -43.00 |
|  | Check | 09/29/2010 | Regions Bank | Regions Lifegreen Checking |  |
|  |  |  |  | Bank Fees | -2.00 |
|  | Check | 09/30/2010 | Shell | Regions Lifegreen Checking |  |
|  |  |  |  | Auto Expenses | -7.92 |
| 1009 | Check | 09/13/2010 | Cash | Regions Lifegreen Checking |  |
|  |  |  |  | Reimbursable Business Expenses | -605.00 |

**Total Disbursements for Period**                                                                         -34,369.55