

**Regions Bank**

Johnston ST
5711 South Johnston Street
Lafayette, LA 70503

TOBY L PRIMEAUX
OR KELLY PRIMEAUX
DEBTOR IN POSSESSION
CASE NO 10-50989
7401 W CONGRESS ST
DUSON LA 70529-3752

1

ACCOUNT # ▇▇▇▇365

| | |
|---|---|
| | 001 |
| Cycle | 11 |
| Enclosures | 0 |
| Page | 1 of 3 |

## LIFEGREEN CHECKING
August 21, 2010 through September 21, 2010

### SUMMARY

| | | | | |
|---|---|---|---|---|
| **Beginning Balance** | $11,725.41 | | Minimum Balance | $4,503 |
| Deposits & Credits | $12,180.66 + | | Average Balance | $7,830 |
| Withdrawals | $8,654.60 - | | | |
| Fees | $16.00 - | | | |
| Automatic Transfers | $0.00 + | | | |
| Checks | $4,435.26 - | | | |
| **Ending Balance** | **$10,800.21** | | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 09/02 | Deposit - Thank You | 5,580.33 |
| 09/13 | Deposit - Thank You | 900.00 |
| 09/20 | Deposit - Thank You | 5,700.33 |
| | Total Deposits & Credits | $12,180.66 |

### WITHDRAWALS

| | | |
|---|---|---|
| 08/23 | Pin Purchase #02775 Alberts  5411 Lafayette   LA        2309 | 196.46 |
| 08/23 | Pin Purchase Cullens Babyla  5641 Lafayette   LA        2309 | 140.39 |
| 08/23 | CheckCard Purchase Shell Oil 57544  5542 Broussard   LA 70518    2309 | 47.04 |
| 08/24 | EB to Cindy Durel Ref# 000018 0000035 | 1,060.00 |
| 08/24 | Pin Purchase Wal-Mart Super   5411 Lafayette   LA        2309 | 184.25 |
| 08/24 | Pin Purchase Wal-Mart #2938   5411 Lafayette   LA        2309 | 99.79 |
| 08/24 | ATM Withdrawal Gulf Coast Ban  2428 Pinhook Lafayette   LA 05991006 2309 | 62.00 |
| 08/24 | Pin Purchase Toys R US       5945 Lafayette   LA        2309 | 53.96 |
| 08/24 | CheckCard Purchase Walgreens #1313  5912 Lafayette   LA 70503    2309 | 7.00 |
| 08/24 | CheckCard Purchase Sonic Drive IN  5814 Lafayette   LA 70503    2309 | 2.26 |
| 08/25 | CheckCard Purchase Popeye S #10858  5814 Lafayette   LA 70506    2309 | 23.93 |
| 08/25 | CheckCard Purchase Sonic Drive IN  5814 Lafayette   LA 70503    2309 | 2.26 |
| 08/26 | CheckCard Purchase Logans         5812 Lafayette   LA 70506    2309 | 23.05 |
| 08/27 | Slemcogeneral    Elec Paymt Toby Primeaux | 285.00 |
| 08/27 | CheckCard Purchase State Farm Insu  6300 800-956-6310 IL 61791    2309 | 177.66 |
| 08/27 | Slemcogeneral    Elec Paymt Toby Primeaux | 29.00 |
| 08/27 | CheckCard Purchase Chevron 0020993  5542 Lafayette   LA 70503    2309 | 20.08 |
| 08/30 | ATM Withdrawal Commstop       2106 Fieldsp Duson    LA Lk782774 2309 | 203.00 |
| 08/30 | ATM Withdrawal Commstop       2106 Fieldsp Duson    LA Lk782774 2309 | 203.00 |
| 08/30 | CheckCard Purchase Abshire S Lawnm  5261 Duson    LA 70529    2309 | 110.06 |
| 08/30 | ATM Withdrawal Commstop       2106 Fieldsp Duson    LA Lk782774 2309 | 103.00 |
| 08/30 | ATM Withdrawal Commstop       2106 Fieldsp Duson    LA Lk782774 2309 | 83.00 |
| 08/30 | CheckCard Purchase Pediatric Assoc  8099 3372898989  LA 70503    2309 | 67.00 |
| 08/30 | Pin Purchase Double  W Hom  5999 Duson    LA        2309 | 53.96 |
| 08/30 | CheckCard Purchase McAfee.Com    5969 866-622-3911 CA 95054    2309 | 34.39 |

**Regions Bank**

Johnston ST
5711 South Johnston Street
Lafayette, LA 70503

TOBY L PRIMEAUX
OR KELLY PRIMEAUX
DEBTOR IN POSSESSION
CASE NO 10-50989
7401 W CONGRESS ST
DUSON LA 70529-3752

1

ACCOUNT # ■■■■7365

| | |
|---|---:|
| Cycle | 001 |
| Enclosures | 11 |
| Page | 0 |
| | 2 of 3 |

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---:|
| 08/30 | CheckCard Purchase Walgreens #1313  5912 Lafayette   LA 70503   2309 | 27.38 |
| 08/30 | Pin Purchase Shell Service   5542 Duson   LA     2309 | 16.44 |
| 08/30 | CheckCard Purchase Freedom 10 Minu  7542 Lafayette    LA 70508   2309 | 7.00 |
| 09/01 | CheckCard Purchase Winferno Softwa  5734 617-3577000   MA 02111   2309 | 39.90 |
| 09/01 | CheckCard Purchase Baskin #360958  5814 Lafayette     LA 70503    2309 | 19.43 |
| 09/02 | CheckCard Purchase Dtv*directv Har  4899 800-347-3288  CA 90245   2309 | 217.41 |
| 09/02 | Pin Purchase Dillards - 076  5311 Lafayette   LA       2309 | 142.56 |
| 09/02 | CheckCard Purchase Rosser S Presc1  5912 Lafayette    LA 70501    2309 | 32.00 |
| 09/02 | CheckCard Purchase Chevron 0020993  5542 Lafayette    LA 70503    2309 | 25.19 |
| 09/02 | Pin Purchase Chevron/Lagnea  5541 Duson   LA      2309 | 19.83 |
| 09/02 | Pin Purchase Champagne S Fo  5411 Duson    LA      2309 | 17.92 |
| 09/07 | ATM Withdrawal Iberia Bank    4010 Congress Lafayette   LA ATM227   2309 | 123.00 |
| 09/08 | B42Abbeville B&I Loan Paymt Toby L Primeau | 2,363.10 |
| 09/09 | Pin Purchase Wal-Mart #0531   5411 Lafayette   LA      2309 | 348.72 |
| 09/09 | EB to Acadiana Secu Ref# 000007 0000028 | 39.95 |
| 09/10 | CheckCard Purchase LA Seafood Hous  5812 Duson       LA 70529   2309 | 28.05 |
| 09/13 | ATM Withdrawal Commstop      2106  Fieldsp Duson      LA Lk782774 2309 | 203.00 |
| 09/13 | ATM Withdrawal Commstop      2106  Fieldsp Duson      LA Lk782774 2309 | 203.00 |
| 09/13 | Pin Purchase Bedbath&beyond   5719 Lafayette   LA      2309 | 86.98 |
| 09/13 | CheckCard Purchase Pediatric Assoc  8099 3372898989    LA 70503   2325 | 68.00 |
| 09/13 | CheckCard Purchase Walgreens #1313  5912 Lafayette    LA 70503   2309 | 40.00 |
| 09/13 | CheckCard Purchase LA Seafood Hous  5812 Duson       LA 70529   2309 | 15.94 |
| 09/13 | CheckCard Purchase Raising Cane Re  5812 Lafayette    LA 70506   2309 | 9.71 |
| 09/13 | Pin Purchase Shell Service   5541 Lafayette   LA      2309 | 4.35 |
| 09/14 | ATM Withdrawal Regions       Johnston ST B Lafayette  LA Rfc05062 2309 | 100.00 |
| 09/15 | CheckCard Purchase Microsoft  *xb  4816 800-469-9269  WA 98052   2309 | 19.99 |
| 09/16 | Pin Purchase Office Depot O   5943 Lafayette   LA      2309 | 200.89 |
| 09/16 | CheckCard Purchase Lafayette Gen M  8099 Lafayette    LA 70503   2325 | 200.00 |
| 09/20 | EB to Dr Sidney Dup Ref# 000014 0000025 | 100.00 |
| 09/20 | Pin Purchase Walgreen Compa   5912 Lafayette   LA      2309 | 48.49 |
| 09/20 | Pin Purchase Blockbuster Vl   7841 Lafayette   LA      2309 | 25.92 |
| 09/20 | Pin Purchase Shell Service   5541 Duson   LA      2309 | 11.20 |
| 09/21 | EB to Drs. Padgett Ref# 000022 0000039 | 372.76 |
| 09/21 | EB to Pediatric Ass Ref# 000023 0000042 | 162.00 |
| 09/21 | EB to Acadiana Secu Ref# 000001 0000040 | 21.95 |
| 09/21 | CheckCard Purchase Walgreens #1313  5912 Lafayette    LA 70503   2309 | 21.00 |
| | **Total Withdrawals** | **$8,654.60** |

## FEES

| Date | Description | Amount |
|---|---|---:|
| 08/24 | Other Bank ATM Withdrawal Fee | 2.00 |
| 08/30 | Other Bank ATM Withdrawal Fee | 2.00 |
| 08/30 | Other Bank ATM Withdrawal Fee | 2.00 |
| 08/30 | Other Bank ATM Withdrawal Fee | 2.00 |
| 08/30 | Other Bank ATM Withdrawal Fee | 2.00 |
| 09/07 | Other Bank ATM Withdrawal Fee | 2.00 |
| 09/13 | Other Bank ATM Withdrawal Fee | 2.00 |

Regions Bank

Johnston ST
5711 South Johnston Street
Lafayette, LA 70503

TOBY L PRIMEAUX
OR KELLY PRIMEAUX
DEBTOR IN POSSESSION
CASE NO 10-50989
7401 W CONGRESS ST
DUSON LA 70529-3752

1

ACCOUNT # ███████7365

| | |
|---|---|
| | 001 |
| Cycle | 11 |
| Enclosures | 0 |
| Page | 3 of 3 |

## FEES (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 09/13 | Other Bank ATM Withdrawal Fee | 2.00 |
| | Total Fees | $16.00 |

| | Total For This Statement Period | Total Calendar Year-to-Date |
|---|---|---|
| Total Overdraft Fees (may include waived fees) | 0.00 | 0.00 |
| Total Returned Item Fees (may include waived fees) | 0.00 | 0.00 |

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 08/25 | 1004 | 350.00 | 08/27 | 1008 | 540.00 |
| 08/27 | 1006 * | 2,787.34 | 09/13 | 1009 | 605.00 |
| 08/31 | 1007 | 152.92 | | | |
| | | | | Total Checks | $4,435.26 |

\* Break In Check Number Sequence.

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 08/23 | 11,341.52 | 09/01 | 4,503.46 | 09/14 | 6,284.08 |
| 08/24 | 9,870.26 | 09/02 | 9,628.88 | 09/15 | 6,264.09 |
| 08/25 | 9,494.07 | 09/07 | 9,503.88 | 09/16 | 5,863.20 |
| 08/26 | 9,471.02 | 09/08 | 7,140.78 | 09/20 | 11,377.92 |
| 08/27 | 5,631.94 | 09/09 | 6,752.11 | 09/21 | 10,800.21 |
| 08/30 | 4,715.71 | 09/10 | 6,724.06 | | |
| 08/31 | 4,562.79 | 09/13 | 6,384.08 | | |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

For all your banking needs, please call 1-800-REGIONS (734-4667).
or visit us on the Internet at www.regions.com.
**Thank You For Banking With Regions!**