B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

Western District of Louisiana

In re  Toby Lee Primeaux                    ,         Case No.  10-50989
        *Debtor*

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:  February, 2011                      Date filed:  03/14/2011

Line of Business:  _____   NAISC Code:  _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_____
Original Signature of Responsible Party

_____
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*       Yes    No

1.  IS THE BUSINESS STILL OPERATING?                                              ☑     ☐
2.  HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH?                              ☑     ☐
3.  DID YOU PAY YOUR EMPLOYEES ON TIME?                                           ☑     ☐
4.  HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT    ☑     ☐
    THIS MONTH?
5.  HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS        ☑     ☐
    MONTH
6.  HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS?                  ☑     ☐
7.  HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH?                      ☑     ☐
8.  DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH?                   ☑     ☐
9.  ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE?            ☑     ☐
10. HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS           ☐     ☑
    MONTH?
11. DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS           ☐     ☑
    MONTH?
12. HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY       ☐     ☑
    ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY?
13. DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT?                ☐     ☑

B 25C (Official Form 25C) (12/08)

| | | No | Yes |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?  ☐  ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| TOTAL INCOME | $ | 20,252.75 |

**SUMMARY OF CASH ON HAND**

| | | |
|---|---|---|
| Cash on Hand at Start of Month | $ | 27,194.99 |
| Cash on Hand at End of Month | $ | 32,970.28 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU  TOTAL | $ | 32,970.28 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| TOTAL EXPENSES | $ | 14,477.46 |

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 20,252.75 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 14,477.46 |
| *(Subtract Line C from Line B)*  **CASH PROFIT FOR THE MONTH** | $ | 5,775.29 |

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ 0.00

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ 0.00

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 0 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 0 |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

| | |
|---|---|
| PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ 0.00 |
| TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ 2,400.00 |

*NON-BANKRUPTCY RELATED:*

| | |
|---|---|
| PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ 0.00 |
| TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ 0.00 |

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ | $ | $ |
| EXPENSES | $ | $ | $ |
| CASH PROFIT | $ | $ | $ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: $

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: $

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: $

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**



**Regions Bank**

Johnston ST
5711 South Johnston Street
Lafayette, LA 70503

TOBY L PRIMEAUX
OR KELLY PRIMEAUX
DEBTOR IN POSSESSION
CASE NO 10-50989
7401 W CONGRESS ST
DUSON LA 70529-3752

ACCOUNT #         57365

| | 001 |
|---|---|
| Cycle | 11 |
| Enclosures | 0 |
| Page | 1 of 3 |

## LIFEGREEN CHECKING
January 21, 2011 through February 17, 2011

### SUMMARY

| | | | | |
|---|---|---|---|---|
| **Beginning Balance** | $11,279.93 | | Minimum Balance | $3,941 |
| Deposits & Credits | $12,446.27 | + | Average Balance | $8,552 |
| Withdrawals | $13,460.55 | − | | |
| Fees | $27.07 | − | | |
| Automatic Transfers | $0.00 | + | | |
| Checks | $2,500.00 | − | | |
| **Ending Balance** | **$7,738.58** | | | |

### DEPOSITS & CREDITS

| Date | Description | Amount |
|---|---|---:|
| 01/21 | EB Deposit Ref# 000023 | 162.00 |
| 02/03 | Deposit - Thank You | 12,284.27 |
| | Total Deposits & Credits | $12,446.27 |

### WITHDRAWALS

| Date | Description | Amount |
|---|---|---:|
| 01/21 | Pin Purchase Target T2377 L   5310 Lafayette   LA      9493 | 173.30 |
| 01/21 | Pin Purchase Walgreen Compa  5912 Lafayette   LA      9493 | 24.11 |
| 01/21 | EB to Acadiana Secu Ref# 000001 0000081 | 21.95 |
| 01/24 | EB to Cindy Durel Ref# 000018 0000100 | 1,000.00 |
| 01/24 | ATM Withdrawal Gca* L Auberge  Gca* L Auberg Lake Charles LA 79805493 9493 | 504.00 |
| 01/24 | CheckCard Purchase Portrait Innova  7221 Lafayette    LA 70501    2325 | 228.83 |
| 01/24 | CheckCard Purchase Walgreens #1313  5912 Lafayette    LA 70503    9493 | 187.45 |
| 01/24 | CheckCard Purchase Logans        5812 Lafayette    LA 70506    9493 | 23.19 |
| 01/25 | CheckCard Purchase LA Quinta Innsu  3516 Lake Charles  LA 70601    9493 | 145.77 |
| 01/25 | Directv      Payment Primeaux | 84.79 |
| 01/26 | CheckCard Purchase Hanger Prosthet  5976 New Orleans  LA 70118    2325 | 1,470.59 |
| 01/26 | CheckCard Purchase Health Matters  8099 Lafayette     LA 70508    2325 | 306.56 |
| 01/26 | Pin Purchase Walgreen Compa  5912 Lafayette   LA      2325 | 30.50 |
| 01/28 | Slemcogeneral    Elec Paymt Toby Primeaux | 370.00 |
| 01/28 | Slemcogeneral    Elec Paymt Toby L Primeau | 171.00 |
| 01/28 | Slemcogeneral    Elec Paymt Toby Primeaux | 26.00 |
| 01/28 | CheckCard Purchase Rosser S Presc1  5912 Lafayette    LA 70501    9493 | 20.19 |
| 01/31 | CheckCard Purchase Salon Indigo    7230 Lafayette    LA 70503    2325 | 120.00 |
| 01/31 | Pin Purchase Wal-Mart #0773   5411 Eunice     LA      9493 | 58.42 |
| 01/31 | CheckCard Purchase Chevron 0021042  5541 Duson       LA 70529    9493 | 31.54 |
| 02/04 | EB to Walmartgemb Ref# 000040 0000113 | 1,486.41 |
| 02/04 | EB to Childrens hos Ref# 000033 0000105 | 364.80 |
| 02/04 | EB to Dell Preferre Ref# 000025 0000110 | 350.00 |
| 02/04 | EB to Victorias Sec Ref# 000041 0000112 | 129.63 |
| 02/04 | EB to Patient Payme Ref# 000021 0000106 | 115.55 |
| 02/04 | CheckCard Purchase Walgreens #1313  5912 Lafayette    LA 70503    9493 | 35.00 |

**Regions Bank**

Johnston ST
5711 South Johnston Street
Lafayette, LA 70503

TOBY L PRIMEAUX
OR KELLY PRIMEAUX
DEBTOR IN POSSESSION
CASE NO 10-50989
7401 W CONGRESS ST
DUSON LA 70529-3752

ACCOUNT # i7365

| | |
|---|---|
| | 001 |
| Cycle | 11 |
| Enclosures | 0 |
| Page | 2 of 3 |

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 02/04 | EB to Lafayette Par Ref# 000002 0000111 | 31.32 |
| 02/07 | ATM Withdrawal Regions       Broussard Broussard   LA Rfc05063  9493 | 300.00 |
| 02/07 | CheckCard Purchase Walgreens #1313  5912 Lafayette    LA 70503   9493 | 246.67 |
| 02/07 | CheckCard Purchase Att* Bill Payme  4814 800-288-2020  TX 75202   9493 | 172.21 |
| 02/07 | ATM Withdrawal Regions       Broussard Broussard   LA Rfc05063  9493 | 100.00 |
| 02/07 | Pin Purchase Chevron/Lagnea   5541 Duson      LA       9493 | 24.75 |
| 02/07 | Pin Purchase Shell Service    5541 Duson      LA       9493 | 22.04 |
| 02/07 | Pin Purchase Shell Service    5541 Duson      LA       9493 | 17.94 |
| 02/08 | B42Abbeville B&l Loan Paymt Toby L Primeau | 2,363.10 |
| 02/08 | ATM Withdrawal Commstop      2106  Fieldsp Duson     LA Lk782774  9493 | 183.00 |
| 02/08 | ATM Withdrawal Commstop      2106  Fieldsp Duson     LA Lk782774  9493 | 183.00 |
| 02/09 | ATM Withdrawal Walmart     123 Saint Naz Broussard   LA A04150   9493 | 201.50 |
| 02/09 | Directv       Payment Primeaux | 163.14 |
| 02/09 | CheckCard Purchase Tansations      7298 Broussard   LA 70518   2325 | 99.00 |
| 02/10 | CheckCard Purchase Premium-Meds.CO  5912 Baku           9493 | 569.10 |
| 02/10 | CheckCard Purchase Freedom 10 Minu  7542 Lafayette    LA 70508   9493 | 7.00 |
| 02/14 | Pin Purchase Aeropostale #5  5691 Lafayette    LA       9493 | 146.88 |
| 02/14 | CheckCard Purchase Dillard S 766 A  5311 Lafayette    LA 70503   9493 | 103.09 |
| 02/14 | CheckCard Purchase Dillard S 766 A  5311 Lafayette    LA 70503   9493 | 60.90 |
| 02/14 | Pin Purchase Ally Weng-Char   5631 Lafayette    LA       9493 | 43.17 |
| 02/14 | EB to Acadiana Secu Ref# 000007 0000085 | 39.95 |
| 02/14 | Pin Purchase Icing By Clair   5631 Lafayette    LA       9493 | 31.86 |
| 02/14 | CheckCard Purchase Jv Nails       7230 Lafayette    LA 70506   2325 | 23.00 |
| 02/14 | Pin Purchase Walgreen Compa   5912 Lafayette    LA       9493 | 19.45 |
| 02/14 | Pin Purchase Body Shop-070    5621 Lafayette    LA       2325 | 10.79 |
| 02/15 | EB to Patient Payme Ref# 000021 0000109 | 240.00 |
| 02/15 | ATM Withdrawal Commstop      2106  Fieldsp Duson     LA Lk782774  9493 | 103.00 |
| 02/15 | CheckCard Purchase Shedazzle Mall   5641 Lafayette    LA 70503   9493 | 40.67 |
| 02/17 | CheckCard Purchase Armstrong McCal  5977 Layafette    LA 70508   2325 | 228.00 |
| 02/17 | CheckCard Purchase Credit One Bank  6012 877-825-3242  NV 89119   9493 | 111.44 |
| 02/17 | CheckCard Purchase Spoiled Pet Spa  7299 Lafayette    LA 70503   9493 | 95.00 |
| | Total Withdrawals | $13,460.55 |

## FEES

| Date | Description | Amount |
|---|---|---|
| 01/24 | Other Bank ATM Withdrawal Fee | 2.00 |
| 02/08 | Other Bank ATM Withdrawal Fee | 2.00 |
| 02/08 | Other Bank ATM Withdrawal Fee | 2.00 |
| 02/09 | Other Bank ATM Withdrawal Fee | 2.00 |
| 02/10 | International Service Assessment Premium-Meds.CO | 17.07 |
| 02/15 | Other Bank ATM Withdrawal Fee | 2.00 |
| | Total Fees | $27.07 |

Regions Bank

Johnston ST
5711 South Johnston Street
Lafayette, LA 70503

TOBY L PRIMEAUX
OR KELLY PRIMEAUX
DEBTOR IN POSSESSION
CASE NO 10-50989
7401 W CONGRESS ST
DUSON LA 70529-3752

ACCOUNT # ;7365

001
Cycle 11
Enclosures 0
Page 3 of 3

|  | Total For This Statement Period | Total Calendar Year-to-Date |
|---|---|---|
| Total Overdraft Fees (may include waived fees) | 0.00 | 0.00 |
| Total Returned Item Fees (may include waived fees) | 0.00 | 0.00 |

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 01/24 | 1017 | 2,500.00 | | | |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 01/21 | 11,222.57 | 01/31 | 3,941.74 | 02/09 | 9,630.95 |
| 01/24 | 6,777.10 | 02/03 | 16,226.01 | 02/10 | 9,037.78 |
| 01/25 | 6,546.54 | 02/04 | 13,713.30 | 02/14 | 8,558.69 |
| 01/26 | 4,738.89 | 02/07 | 12,829.69 | 02/15 | 8,173.02 |
| 01/28 | 4,151.70 | 02/08 | 10,096.59 | 02/17 | 7,738.58 |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

For all your banking needs, please call 1-800-REGIONS (734-4667).
or visit us on the Internet at www.regions.com.
**Thank You For Banking With Regions!**