# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF LOUISIANA

| IN RE: | TOBY LEE PRIMEAUX | CASE NO: 10-50989 |
|---|---|---|
| | Debtor | Chapter 11 |

*************************************************************************************

## NOTICE OF HEARING

TO ALL CREDITORS AND INTERESTED PARTIES:

Notice is given that the hearing on the debtor's First Application for Allowance for Compensation and Reimbursement of Expenses has been scheduled on the 26th day of July, 2011, at 10:00 A.M. before the Honorable Robert Summerhays, 1st Floor, United States Bankruptcy Courtroom, 214 Jefferson St., Suite 110, Lafayette, Louisiana.

Respectfully submitted,

By: /s/ William C. Vidrine
    WILLIAM C. VIDRINE (21398)
    711 W. Pinhook Road
    Lafayette, LA 70503
    (337) 233-5195

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 27th day of June, 2011, served a copy of the foregoing First Application for Allowance for Compensation and Reimbursement of Expenses and Notice of Hearing on the U. S. Trustee (via e-mail), Toby Primeaux, 7401 W. Congress Street, Duson, LA 70529 and all creditors on the attached mailing matrix by depositing same into the United States mail properly addressed, and first class postage prepaid and/or by electronic means.

                                            /s/ William C. Vidrine
                                            WILLIAM C. VIDRINE